Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  DELPHIA RAY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHIA RAY, | Case No.: 1:14-cv-01039-GSA |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | (ECF No. 12) |
| Defendant | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Delphia Ray ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to June 26, 2015; and that Defendant shall have until July 27, 2015, to file his opposition.  Any reply by plaintiff will be due August 11, 2015.

1    An extension of time for plaintiff is needed in order to properly address the
2    issues within the administrative record in this matter.  Counsel sincerely apologizes
3    to the court for any inconvenience this may have had upon it or its staff.

4    DATE: April 29, 2015            Respectfully submitted,

5                                    LAW OFFICES OF LAWRENCE D. ROHLFING

6                                         /s/ *Steven G. Rosales*
                                     BY: _____
7                                    Steven G. Rosales
                                     Attorney for plaintiff DELPHIA RAY
8

9    DATED:  April 29, 2015          BENJAMIN WAGNER
                                     United States Attorney
10

11

12                                   */S/- Paul Sachelari

13                                   _____
14                                   Paul Sachelari
                                     Special Assistant United States Attorney
15                                   Attorney for Defendant
                                     [*Via email authorization]

Based on the above stipulation between the parties, Plaintiff may have an extension of time, up to and including June 26, 2015, in which to file her Opening Brief; Defendant may have an extension of time to July 27, 2015 to file her opposition. Any reply by plaintiff will be due August 11, 2015.

IT IS SO ORDERED.

Dated: **April 30, 2015**          **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE