BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DELPHIA RAY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:14-cv-01039-GSA<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 30 days, to August 28, 2015, for Defendant to file her Opposition to Plaintiff's Opening Brief, according to the Court's Scheduling Order ("Order").  Defendant respectfully requests this extension to enable additional time to accommodate Defendant's counsel's vacation and to allow Defendant's counsel to attend an out of town conference.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Date: *July 29, 2015* |   | Law Offices of Lawrence D. Rohlfing |
|   | By: | /s/ *Steven G. Rosales*\* |
|   |   | STEVEN G. ROSALES |
|   |   | *By telephonic authorization |
|   |   | Attorney for Plaintiff |
| Date: *July 29, 2015* |   | BENJAMIN B. WAGNER |
|   |   | United States Attorney |
|   |   | DEBORAH STACHEL |
|   |   | Acting Regional Chief Counsel, Region IX, |
|   |   | Social Security Administration |
|   | By: | */s/ Paul Sachelari* |
|   |   | PAUL SACHELARI |
|   |   | Special Assistant United States Attorney |
|   |   | Attorneys for Defendant |

## ORDER

Pursuant to the above stipulation (Doc. 15), Defendant's Opposition is due **no later than August 28, 2015**. Plaintiff shall file any reply within 15 days of the filing of the opposition.

IT IS SO ORDERED.

Dated:   **July 29, 2015**          /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE